# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNETH WILLIAMS-DEVOE,

    Plaintiff,

v.

ALLEGIANT AIR, LLC, et al.,

    Defendants.

Case No. 2:25-cv-01172-RFB-BNW

**Order**

In light of the parties' notice of settlement and request to vacate early neutral evaluation, Docket No. 16, the Court **VACATES** the early neutral evaluation session set for December 17, 2025. The Clerk's Office is **INSTRUCTED** to remove the ENE flag from the docket and remove the undersigned as the settlement judge.

IT IS SO ORDERED.

Dated: December 11, 2025

_____
Nancy J. Koppe
United States Magistrate Judge