PATRICK H. HICKS, ESQ.
Nevada Bar No. 4632
MICHAEL D. DISSINGER, ESQ.
Nevada Bar No. 15208
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:    702.862.8800
Fax No.:    702.862.8811
phicks@littler.com
mdissinger@littler.com

Attorneys for Defendants
ALLEGIANT AIR, LLC AND ALLEGIANT TRAVEL
COMPANY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH WILLIAMS-DEVOE,<br><br>Plaintiff,<br>v.<br><br>ALLEGIANT AIR, LLC, a Nevada limited liability company; ALLEGIANT TRAVEL COMPANY, a Nevada corporation,<br><br>Defendants. | Case No. 2:25-cv-01172-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, KENNETH WILLIAMS-DEVOE ("Plaintiff"), and Defendants, ALLEGIANT AIR, LLC ("Allegiant Air") and ALLEGIANT TRAVEL COMPANY ("Allegiant Travel Co.") (together "Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice, each party to bear its own attorneys' fees and costs.

The Parties submit the instant Stipulation pursuant to their agreement for global resolution of this action. The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to

LITTLER MENDELSON,
P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

any rule, statute or law, whether local, state or federal, in any forum that would be available for the claims dismissed by this Stipulation.

Accordingly, the Parties respectfully request that the Court grant the instant Stipulation, dismiss the action with prejudice, and close the case.

**IT IS SO STIPULATED.**

Dated: February 13, 2026                                    Dated: February 13, 2026


*/s/ Michael A. Burnette*                                   */s/ Michael D. Dissinger*
JEMMA E. DUNN, ESQ.                                         PATRICK H. HICKS, ESQ.
Nevada Bar No. 16229                                       Nevada Bar No. 4632
MATTHEW T. HALE, ESQ.                                      MICHAEL D. DISSINGER, ESQ.
Nevada Bar No. 16880                                      Nevada Bar No. 15208
MICHAEL A. BURNETTE, ESQ.                                 LITTLER MENDELSON, P.C.
Nevada Bar No. 16210                                     8474 Rozita Lee Avenue
GREENBERG GROSS LLP                                      Suite 200
1980 Festival Plaza Drive, Suite 730                     Las Vegas, NV 89113.4770
Las Vegas, Nevada 89135
                                                         Attorneys for Defendants
Attorneys for Plaintiff                                  ALLEGIANT AIR, LLC AND
KENNETH WILLIAMS-DEVOE                                    ALLEGIANT TRAVEL COMPANY


**IT IS SO ORDERED.**


**DATED**: February 17, 2026


_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

2